gable waters and immediately *threatened* to pollute navigable waters. That a fire ensued after the oil spigot was opened should have no bearing on Gatlin Oil's ability to recover from the Fund. The statutory test—whether fire damage "resulted from" the discharge of oil that threatened to pollute navigable waters—was still satisfied. For these reasons, I would permit Gatlin Oil to recover all damages flowing from the oil spill incident that occurred on March 13, 1994, and not restrict its recovery to a portion of its removal costs.

I would, however, remand this appeal to the district court for recalculation of Gatlin Oil's lost earnings resulting from the discharge of oil. The district court's prior calculation resulted in an award of speculative damages which I believe is unsupported by the record and in contravention of § 2702(b)(2)(E).

Julie Deffenbaugh **WILLIAMS**, Plaintiff–Appellee Cross–Appellant,

v.

**WAL–MART STORES, INC.,**
et al., Defendants,

**Wal–Mart Stores, Inc.,** Defendant–Appellant Cross–Appellee.

No. 97–10685.

United States Court of Appeals,
Fifth Circuit.

Feb. 26, 1999.

Mark C. Brodeur, Dallas, TX, for Plaintiff-Appellee Cross-Appellant.

Jimmy Preston Wrotenbery, Kevin D. Jewell, Magenheim, Bateman, Robinson, Wrotenbery & Helfand, Houston, TX, for Defendant-Appellant Cross-Appellee.

\* Chief Judge King is recused and did not partici-

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before POLITZ, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.\*

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

John **BARTLEY**; Mike Rucker; Chris Luker; Walter Henry; Tim Humber, Plaintiffs–Appellees Cross–Appellants,

**Planet Insurance Company,** Intervenor Plaintiff–Appellee,

v.

**EUCLID INC.,** et al., Defendants,

pate in this decision.

Euclid Inc., Defendant–Intervenor
Defendant Appellant–Cross–
Appellee.

No. 97–40365.

United States Court of Appeals,
Fifth Circuit.

Feb. 26, 1999.

Andy Wade Tindel, Tyler, TX, James Mark Mann, Wellborn, Houston, Adkison, Mann, Sadler & Hill, Henderson, TX, Don Wheeler, Wheeler & Russell, Center, TX, for Plaintiffs-Appellees Cross-Appellants.

Kevin J. Croy, James Preston Dobbs, III, Burford & Ryburn, Dallas, TX, for Intervenor Plaintiff-Appellee.

H. Douglas Wabner, Ben Taylor, Fulbright & Jaworski, Tim Marlin Wheat, Dallas, TX, William Joseph Boyce, Fulbright & Jaworski, Houston, TX, for Defendant-Intervenor Defendant Appellant-Cross-Appellee.

Clifton T. Hutchinson, Bert Black, Hughes & Luce, Dallas, TX, Hugh F. Young, Jr., Product Liability Advisory Council, Reston, VA, for Product Liability Advisory Council, Inc.

David P. Herrick, Dallas, TX, for Washington Legal Foundation.

ON PETITIONS FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before POLITZ, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.*

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the

\* Chief Judge King is recused and did not partic-

judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

Virgie Lee VALLEY, et al., Plaintiffs,

United States of America, Intervenor
Plaintiff–Appellee,

v.

RAPIDES PARISH SCHOOL BOARD, a
corporation, Defendant–Appellee,

v.

Richard P. Ieyoub, Attorney General,
State of Louisiana, Appellant.

No. 97–30323.

United States Court of Appeals,
Fifth Circuit.

Feb. 26, 1999.

Gregory Bryan Friel, U.S. Dept. of Justice, Civil Rights Division, Appellate Section, Mark L. Gross, U.S. Dept. of Justice, Civil Rights Division, Washington, DC, for Intervenor Plaintiff-Appellee.

Robert L. Hammonds, Hammonds & Sills, Baton Rouge, LA, for Defendant-Appellee.

James Carl Hrdlicka, Baton Rouge, LA, Gina Puleio Campo, Bolinger & Walker, New Orleans, LA, for Appellant.

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN

pate in this decision.